UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY E. GONYEA,

    Petitioner,

Case No. 19-cv-11125
Hon. Matthew F. Leitman

v.

J.A. TERRIS,

    Respondent.

_____/

## **JUDGMENT**

The above entitled action came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Order entered on October 9, 2019, the Petition for a Writ of Habeas Corpus is DENIED.

Dated at Flint, Michigan, this 9th day of October, 2019.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

                      By:    s/Holly A. Monda
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge